UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14:cv-22200-COOKE/TORRES

HOWARD COHAN

      Plaintiff,

v.

RP HOTEL OPERATING CO., INC. d/b/a
THE JAMES ROYAL PALM,

      Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Parties, HOWARD COHAN, and RP HOTEL OPERATING CO., INC. d/b/a THE JAMES ROYAL PALM, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's Complaint filed in this action with prejudice. Each party will be responsible for his/its own attorneys' fees and costs.

Dated: July 28th, 2014

Respectfully submitted,

| | |
|---|---|
| Mark D. Cohen, Esquire | Susan N. Eisenberg, Esquire |
| Email: mdcohenpa@yahoo.com | susan.eisenberg@akerman.com |
| Jessica Kerr, Esquire | Jennifer T. Williams, Esquire |
| Email: jkerrlawfirm@gmail.com | jennifer.williams@akerman.com |
| MARK D. COHEN, P.A. | Akerman LLP |
| Presidential Circle | One Southeast Third Avenue, 25th Floor |
| 4000 Hollywood Boulevard | Miami, Florida 33131-1714 |
| Suite 435 South | Telephone: 305.374.5600 |
| Hollywood, Florida 33021 | Facsimile: 305.374.5095 |
| Telephone: 954.962.1166 | Counsel for Defendant |
| Facsimile: 954.962.1779 | |
| Counsel for Plaintiff | |
| | |
| By: /s/Jessica Kerr _____ | By: /s/ Jennifer T. Williams_____ |

{29292447;1}