UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-Civ-22200-COOKE/TORRES

HOWARD COHAN,

    Plaintiff,

vs.

RP HOTEL OPERATING CO., INC.
d/b/a THE JAMES ROYAL PALM,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorney's fees and costs. *See* Stipulation for Dismissal with Prejudice, ECF No. 9. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 31st day of July 2014.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*